JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN RICHARDSON, et al.,<br>  Plaintiffs,<br><br>          v.<br><br>SEMIRA BAYATI, et al.,<br>  Defendants. | 2:23-cv-9385-DSF-ASx<br><br>JUDGMENT |

The Court having issued an order to show cause re dismissal for lack of prosecution and Plaintiffs having failed to respond within the time allowed by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed without prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  June 20, 2024

                                    Dale S. Fischer
                                    United States District Judge